**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-0442-18T1

ACROSS NATIONS
PIONEERS, INC.,

     Plaintiff-Appellant,

v.

HYUN KIM,

     Defendant-Respondent.

_____

Submitted November 7, 2019 – Decided March 12, 2020

Before Judges Nugent, Suter and DeAlmeida.

On appeal from the Superior Court of New Jersey, Law Division, Burlington County, Docket No. L-1463-17.

Sim & Record, LLP, attorneys for appellant (Sang Joon Sim, on the brief).

Pashman Stein Walder Hayden, PC, attorneys for respondent (Sean Mack, Jae Youn John Kim, Janie Byalik, and Zachary A. Levy, on the brief).

PER CURIAM

The parties to this appeal having agreed and stipulated to its dismissal, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

2